IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and  LABORERS' WELFARE FUND OF THE  HEALTH AND WELFARE DEPARTMENT  OF THE CONSTRUCTION AND GENERAL  LABORERS' DISTRICT COUNCIL OF  CHICAGO AND VICINITY, and JAMES S.  JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 07 C 3350 |
| MAURO'S CONCRETE SPECIALISTS,  INC., | ) ) ) ) ) | Judge Holderman |
| Defendant, | ) | |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND DAMAGES**

Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (collectively the "Funds"), and James S. Jorgensen, by the undersigned attorney, state:

1.  On June 14, 2007, plaintiffs filed the instant lawsuit under the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq.*, and under the Labor Management Relations Act, 29 U.S.C.§ 185, seeking an audit of the Company's books and records for the period from September 12, 2006 through the present. The Company agreed to permit the Funds' designated auditors from the Richard J. Wolf & Company, Inc., to perform an audit of their books and records.

2.  Plaintiffs' process server, Larry Bunge, served the Complaint and summons to the registered agent, Mauro Aguirre, at the office of the registered agent, located at 1355 N. Randall

1

Road, Aurora, IL 60506, on June 25, 2007, by handing a copy of the summons and complaint to Ms. Rosa Nunez at the office of the registered agent, Mauro Aguirre. A copy of the return of service is attached hereto as Exhibit 1.

3. No appearance has been filed by the defendant. Over 20 days have past since service on June 25, 2007. Plaintiffs will send a copy of this motion to the Company President, Mauro Aguirre at the office addresses set forth by the Illinois Secretary of State office of corporations.

4. The Funds' designated auditors from Richard J. Wolf and Company, Inc., conducted an audit for the period from September 12, 2006 through June 30, 2007. As established by the Funds' Field Representative, Michael Christopher, the auditors reviewed the Company's records reflecting contributions due to the Funds. As set forth in an Affidavit attached hereto as Exhibit 2, Michael Christopher testifies that the audit report reflects that the Funds are owed $95,472.18 n principal to the Welfare, Pension, Training, CCA/IAF, LECET, LMCC Funds and for Union dues. (See, Exhibit 2.)

5. According to the collective bargaining agreement and trust agreements, liquidated damages are owed for unpaid contributions in the amount of 10% (ten percent) of the unpaid contributions before June 1, 2007 and the amount of 20% (twenty percent) for the unpaid contributions after June 1, 2007. The Funds also are obligated to collect interest accruing at the prime rate as charged by the Chase Bank plus two percent on all principal contributions owed. As established by Mr. Christopher's affidavit, liquidated damages are owed in the amount of $17,908.51 in ten percent contributions and $592.96 in 20% contributions. Interest is owed in the amount of $2,986.20 through November 27, 2007. The costs of this audit billed to the Funds were $1,530.00.

6. According to the collective bargaining agreement, the Company is also required to

2

obtain and maintain a surety bond to guaranty wages and fringe benefit contributions. In addition, all contributing employers are responsible to pay contributions to the Funds by the 10th day of the month after the month in which the work was performed.

7. Plaintiffs are entitled to attorneys' fees and costs under ERISA, 29 U.S.C.§1132(g)(2)(B). An affidavit of Karen I. Engelhardt establishes the amount of attorneys' fees incurred in this matter are $1221.25 and that the amount of $459.00, has been spent for costs consisting of filing and service fees (See, Exhibit 3.)

**WHEREFORE,** plaintiffs request entry of a judgment against Mauro's Concrete Specialists, Inc., in a total amount of $120,080.10, and an order requiring compliance with the obligation to obtain and maintain a surety bond and an order to pay current contributions by the 10th day of the month after the work has been performed.

Respectfully submitted,

　/S/ Karen I. Engelhardt　
One of Plaintiffs' counsel

ALLISON, SLUTSKY & KENNEDY, P.C.,
230 W. Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400
ARDC # 03128850　　　　　　　　　　　　　　　　　　November 30, 2007